**IN THE UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**
**www.flsb.uscourts.gov**

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Chapter 11 |
| BankUnited Financial Corporation, *et al.*,[1] | ) | |
| | ) | Case No. 09-19940-LMI |
| Debtors. | ) | |
| _____ | ) | (Jointly Administered) |
| | ) | |
| BankUnited Financial Corporation, | ) | |
| BankUnited Financial Services, Inc., CRE | ) | |
| America Corporation, and BU Realty | ) | |
| Corporation, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | Adv. No. 10-02872-LMI |
| v. | ) | |
| | ) | |
| Federal Deposit Insurance Corporation, | ) | |
| In its capacity as Receiver of BankUnited, | ) | |
| FSB, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

**OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF
BANKUNITED FINANCIAL CORPORATION AND RELATED DEBTORS'
JOINDER TO PLAINTIFFS' RESPONSE TO FEDERAL DEPOSIT INSURANCE
CORPORATION'S MOTION PURSUANT TO FED. R. BANKR. P. 5011(C) TO STAY
ADVERSARY PROCEEDING PENDING RULING ON MOTION TO WITHDRAW
THE REFERENCE WITH RESPECT TO ADVERSARY PROCEEDING NO. 10-02872**

The Official Committee of Unsecured Creditors of the above-captioned Debtors (the

"Committee") hereby files its joinder (the "Joinder") to the Plaintiffs' Response to Federal

Deposit Insurance Corporation's Motion Pursuant to Fed. R. Bankr. P. 5011(c) to Stay

---

[1] The debtors are the following three entities (the last four digits of their respective taxpayer identification numbers follow in parentheses): BankUnited Financial Corporation, a Florida corporation (7773); CRE America Corporation, a Florida corporation (0049); and BankUnited Financial Services, Incorporated, a Florida corporation (8335) (collectively, the "Debtors").

Adversary Proceeding Pending Ruling on Motion to Withdraw the Reference with Respect to Adversary Proceeding No. 10-02872 (the "Objection"), and in support thereof, shows this Court as follows:

## BACKGROUND

1.       On April 21, 2010, the Debtors, together with BU Realty Corporation (collectively, the "Plaintiffs"), filed their complaint (the "Complaint") against the Federal Deposit Insurance Corporation (the "FDIC"), thereby initiating the instant adversary proceeding (the "Adversary Proceeding").

2.       On May 21, 2010, the Committee filed a motion seeking to intervene in the Adversary Proceeding pursuant to Rule 24 of the Federal Rules of Civil Procedure, which is made applicable to the instant Adversary Proceeding by Rule 7024 of the Federal Rules of Bankruptcy Procedure [Docket No. 9] (the "Motion to Intervene").  A hearing on the Motion to Intervene is scheduled for June 2, 2010, at 10:00 a.m.

3.       On May 24, 2010, the FDIC filed the Motion of the Federal Deposit Insurance Corporation, as Receiver of BankUnited, FSB, for the Entry of an Order, Pursuant to 28 U.S.C. § 157(d) and Bankruptcy Rule 5011(a), Withdrawing the Reference of the Adversary Proceeding Involving Consideration of Title 12 of the United States Code [Docket No. 11] (the "Motion to Withdraw the Reference").  In connection therewith, the FDIC also filed the Federal Deposit Insurance Corporation's Motion Pursuant to Fed. R. Bankr. 5011(c) to Stay Adversary Proceeding Pending Ruling on Motion to Withdraw the Reference with Respect to Adversary Proceeding No. 10-02872 [Docket No. 12] (the "Motion to Stay Adversary Proceeding"). Accordingly, the FDIC seeks to stay the instant Adversary Proceeding pending the disposition of the Motion to Withdraw the Reference.

US2008 1323570.2

**ARGUMENT**

4.      On May 28, 2010, the Debtors filed their Objection to the Motion to Stay

Adversary Proceeding [Docket No. 15].  The Committee, as a proposed intervening party,

supports the arguments made by the Debtors therein, opposes the relief sought by the FDIC in

the Motion to Stay Adversary Proceeding, and as a result, hereby joins in the Debtors' Objection.

WHEREFORE, the Committee requests that this Court deny the Motion to Stay

Adversary Proceeding and grant such other and further relief as the Court deems just and proper.

Dated: May 28, 2010

KILPATRICK STOCKTON LLP

 /s/ Todd C. Meyers
Todd C. Meyers
Georgia Bar No. 503756
Sameer K. Kapoor
Georgia Bar No. 407525
1100 Peachtree Street, Suite 2800
Atlanta, Georgia  30309-4530
(404) 815-6500 (Telephone)
(404) 815-6555 (Facsimile)
tmeyers@kilpatrickstockton.com
skapoor@kilpatrickstockton.com

and

KOZYAK TROPIN & THROCKMORTON, P.A.

Corali  Lopez-Castro, Esq.
Florida Bar No. 863830
2525 Ponce De Leon, 9th Floor
Miami, Florida 33134
(305) 372-1800 (Telephone)
(305) 372-3508 (Facsimile)
clc@kttlaw.com

Counsel for the Official Committee of Unsecured
Creditors of BankUnited Financial
Corporation, et al.

3

## CERTIFICATE OF SERVICE

I hereby certify that on May 28, 2010, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the Service List below, either via transmission of Notices of Electronic Filing generated by CM/ECF or by electronic mail on those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

By: /s/ Sameer K. Kapoor
Sameer K. Kapoor


Kathryn R. Norcross, Senior Counsel
Sonya L. Levine, Counsel-Legal Division
Federal Deposit Insurance Corporation
Legal Division
3501 Fairfax Drive, VS-D
Arlington, VA 22226
Email: knorcross@fdic.gov
Email: slevine@fdic.gov

Geoffrey T. Raicht, Esq.
McDermott Will & Emery LLP
340 Madison Avenue
New York, NY 10173


Mark D Bloom, Esq.
Scott M. Grossman, Esq.
Greenberg Traurig
1221 Brickell Ave
Miami, FL 33131

Bruce J. Berman, Esq.
McDermott Will & Emery LLP
201 South Biscayne Blvd., Suite 2200
Miami, FL 33131-4336