IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

| | |
|---|---|
| In re: ) | |
| ) | Chapter 11 |
| BankUnited Financial Corporation, *et al.*,[1] ) | |
| ) | Case No. 09-19940-LMI |
| Debtors. ) | |
| _____ ) | (Jointly Administered) |
| ) | |
| BankUnited Financial Corporation, ) | |
| BankUnited Financial Services, Inc., CRE ) | |
| America Corporation, and BU Realty ) | |
| Corporation, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | Adv. No. 10-02872-LMI |
| v. ) | |
| ) | |
| Federal Deposit Insurance Corporation, ) | |
| In its capacity as Receiver of BankUnited, ) | |
| FSB, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

**NOTICE OF WITHDRAWAL WITHOUT PREJUDICE OF
OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF BANKUNITED
FINANCIAL CORPORATION AND RELATED DEBTORS' MOTION TO INTERVENE**

The Official Committee of Unsecured Creditors of the above-captioned Debtors (the "Committee") hereby withdraws the *Official Committee of Unsecured Creditors of BankUnited Financial Corporation and Related Debtors' Motion To Intervene* [Docket No. 9] (the "Motion") without prejudice. At the scheduled hearing on the Motion on June 2, 2010, the parties announced on the record their agreement that in consideration for the Committee's withdrawal

---

[1] The debtors are the following three entities (the last four digits of their respective taxpayer identification numbers follow in parentheses): BankUnited Financial Corporation, a Florida corporation (7773); CRE America Corporation, a Florida corporation (0049); and BankUnited Financial Services, Incorporated, a Florida corporation (8335) (collectively, the "Debtors").

without prejudice of the Motion, the Debtors and the Federal Deposit Insurance Corporation will not object to any subsequent motion by the Committee to intervene in this adversary proceeding on grounds of "timeliness."  Except as specifically provided herein, all parties expressly reserve all rights with respect to any future request by the Committee to intervene in the above captioned adversary proceeding.

Dated: June 7, 2010

KILPATRICK STOCKTON LLP

 /s/ Todd C. Meyers
Todd C. Meyers
Georgia Bar No. 503756
Sameer K. Kapoor
Georgia Bar No. 407525
1100 Peachtree Street, Suite 2800
Atlanta, Georgia  30309-4530
(404) 815-6500 (Telephone)
(404) 815-6555 (Facsimile)
tmeyers@kilpatrickstockton.com
skapoor@kilpatrickstockton.com

Counsel for the Official Committee of Unsecured Creditors of BankUnited Financial Corporation, et al.

2

US2008 1327857.4

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 7, 2010, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the Service List below, either via transmission of Notices of Electronic Filing generated by CM/ECF or by electronic mail on those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

By: /s/ Sameer K. Kapoor
Sameer K. Kapoor

Kathryn R. Norcross, Senior Counsel
Sonya L. Levine, Counsel-Legal Division
Federal Deposit Insurance Corporation
Legal Division
3501 Fairfax Drive, VS-D
Arlington, VA 22226
Email: knorcross@fdic.gov
Email: slevine@fdic.gov

Geoffrey T. Raicht, Esq.
McDermott Will & Emery LLP
340 Madison Avenue
New York, NY 10173

Mark D Bloom, Esq.
Scott M. Grossman, Esq.
Greenberg Traurig
1221 Brickell Ave
Miami, FL 33131

Bruce J. Berman, Esq.
McDermott Will & Emery LLP
201 South Biscayne Blvd., Suite 2200
Miami, FL 33131-4336