

**ORDERED in the Southern District of Florida on September 16, 2010.**

**Laurel M. Isicoff, Judge
United States Bankruptcy Court**

___

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

In re

BANKUNITED FINANCIAL
CORPORATION, *et al.*

    Debtors.
_____/

BANKUNITED FINANCIAL
CORPORATION, BANKUNITED
FINANCIAL SERVICES, INC., CRE
AMERICA CORPORATION, and BU
REALTY CORPORATION,

    Plaintiffs,

v.

FEDERAL DEPOSIT INSURANCE
CORPORATION, in its capacity as Receiver
of BankUnited, FSB,

    Defendant.
_____/

Case No. 09-19940-LMI
Chapter 11

Jointly Administered

Adv. No. 10-02872-LMI

**AGREED AMENDED SCHEDULING ORDER**

This matter came before the Court for consideration of this Agreed Amended Scheduling Order, as submitted pursuant to the Court's instructions to counsel on the record at the hearing held on August 27, 2010.  It appearing that Plaintiffs filed and served their Amended Complaint in this adversary proceeding on September 2, 2010 (DE #67), that Defendant filed and served its Answer and Affirmative Defenses on September 15, 2010 (DE #73), that modification of the prior Scheduling Order as to Counts I & II entered on June 28, 2010 (DE #33) is appropriate in the circumstances, and that Plaintiffs and Defendant have agreed to the form and substance of this Agreed Amended Scheduling Order intended to govern all counts of the Amended Complaint, it is

**ORDERED** as follows:

1. The Parties must serve the initial disclosures required by Federal Rule of Civil Procedure 26(a)(1)(A) by **October 8, 2010**.

2. The Parties must complete their non-expert discovery by **November 30, 2010**.

3. The Parties must disclose, pursuant to Federal Rule of Civil Procedure 26(a)(2)(A), the identity of any witnesses they may use at trial to present evidence under Federal Rule of Evidence 702, 703, or 705, and serve written reports prepared and signed by such witnesses in accordance with Federal Rule of Civil Procedure 26(a)(2)(B), by **December 7, 2010**.

4. The Parties must complete their expert discovery by **January 14, 2011**.

5. The Parties must file with the Court a joint pretrial stipulation by **January 28, 2011**.

6. The Parties must file and serve the pretrial disclosures required by Federal Rule of Civil Procedure 26(a)(3) by **January 28, 2011**.

7. The Court will conduct a pretrial conference on **February 2, 2011**, at **10:30 a.m**.

8. The Court will set a trial date and trial briefing schedule at the pretrial conference.

###

Submitted by:

Mark D. Bloom, Esq.
Greenberg Traurig, P.A.
1221 Brickell Avenue
Miami, FL 33131
Telephone: (305) 579-0500
Facsimile: (305) 579-0717
E-mail:bloomm@gtlaw.com

*(Attorney Bloom shall serve a conformed copy of this Order upon all interested parties and shall file a certificate of service.)*

*MIA 181,277,391 v4 117136010200.*