# Exhibit A

05-16-2003  05:24pm  From-SIMPSON THACHER 23RD FLOOR         212 455 2502         T-488  P.002   F-011
APR 28 2003 12:04 FR SIMPSON THACHER 26612 455 2502 TO                            T-859  P.02/04 F-488
Apr-28-03  10:54am  From-BANK UNITED FSB          3052316724

## Income Tax Allocation Agreement

This Income Tax Allocation Agreement ("Agreement") is effective as of this 31st day of December, 1997, between BankUnited Financial Corporation, a Delaware corporation (the "Company"), and BankUnited, FSB ("BankUnited"). The parties are members of an affiliated group (the "Affiliated Group" or the "Group") within the meaning of Section 1504 of the Internal Revenue Code (the "Code") and file consolidated income tax returns. The Company is the common parent of the Affiliated Group and BankUnited is a wholly owned subsidiary of the Company.

### RECITALS:

A. The Company and BankUnited desire to provide for the allocation of current and deferred income tax assets and liabilities between the Company, BankUnited and other members of the Affiliated Group.

B. The Company and BankUnited desire to provide for the settlement of income tax amounts between the Company, BankUnited and other members of the Affiliated Group.

NOW, THEREFORE, in consideration of the mutual agreements set forth herein, the parties hereto agree as follows:

1. **Payment of Income Taxes**. BankUnited shall be responsible for making all consolidated income tax payments on behalf of the Affiliated Group to the appropriate taxing authorities based upon periodic income tax returns prepared in accordance with the Code, and other payments required from time to time including, but not limited to; estimated tax payments, tax penalties and interest, and tax deficiencies.

2. **Determination of Income Tax Assets and Liabilities**. The Company and BankUnited agree to determine the current and deferred income tax assets and liabilities of each member of the Affiliated Group on a separate-entity basis. Each member of the Group will determine its individual portion of the consolidated income tax assets and liabilities in accordance with the Code without regard to any income tax expenses or benefits of other members of the Group and shall record the amounts so determined in accordance with Generally Accepted Accounting Principles ("GAAP"). Each member of the Group shall allocate its income tax assets and liabilities between current and deferred in accordance with GAAP no less frequently than on an annual basis.

3. **Determination of Inter-Company Income Tax Receivables and Payables**. Each member of the Group shall record an inter-company income tax receivable or payable with BankUnited in the amount of its current net income tax asset or liability as determined in Section 2. Upon the filing of any consolidated income tax return or amended return, the inter-company income tax receivables and payables of all members of the Group shall be adjusted to the reflect its share of

05-16-2003  05:25pm  From-SIMPSON THACHER 23RD FLOOR    212 455 2502    T-488  P 003  F-011
APR 28 2003 12:04 FR SIMPSON THACHER 260612 455 2502 TO
Apr-28-03 10:54am  From-BANK UNITED FSB    3052316724    P.03/04  F-486

the actual consolidated income tax payable or receivable as determined on a separate-entity basis.

4. **Settlement of Inter-Company Income Tax Receivables and Payables.** Within 30 days following the remittance by BankUnited of any income tax payment, any member of the Group having a net inter-company income tax payable as determined under Section 3 shall pay to BankUnited such amount as reimbursement for payment of its proportional share of the consolidated current income tax liability. In the event that BankUnited's separately determined current income tax results in an asset or receivable, the amount of the inter-company settlement shall have the effect of reimbursing BankUnited for 100% of the income tax payment, and at no time shall the amount of unsettled inter-company income taxes under this section cause the amount paid by BankUnited, net of receipt of inter-company amounts, to exceed the amount that would have been due and payable to the taxing authorities if BankUnited were filing its tax return on a separate-entity basis. Not less frequently than annually following the filing of any periodic income tax return or amended return, and within 30 days of such event, each member of the Group having a net inter-company income tax payable shall pay such amount to BankUnited; and BankUnited shall reimburse any member of the Group for net inter-company income tax receivables. Any income tax refunds received by BankUnited shall be allocated among, and paid to the members of the Group in accordance with Sections 2 and 3.

5. **Treatment of Deferred Taxes.** No inter-company income tax settlements shall be made on deferred income taxes. The Company may not forgive or assume any portion of BankUnited's deferred income tax liability.

6. **Amendments.** This agreement may be amended from time to time by the parties when such amendments are determined to be necessary due to changes in, including, but not limited to; the Code, regulations which the Company and BankUnited are subject to, and taxation of the Company or BankUnited. No amendment of this agreement will be effective unless in writing, signed by the parties, and approved by the Boards of Directors of the Company and BankUnited.

7. **Treatment of Income Tax Losses by Company.** In consideration of the Company's obligation and desire to provide additional sources of financial support to BankUnited, the Company may from time to time with the approval of the Boards of Directors of the Company and BankUnited contribute amounts of inter-company income tax receivables from BankUnited as additional paid-in capital to BankUnited in lieu of payment by BankUnited.

8. **Governing Law.** This agreement constitutes the entire agreement between the parties hereto with respect to the subject matter hereof and supersedes all prior agreements, understandings and arrangements between the parties with respect to such subject matter. This agreement is to be construed in accordance with the laws of the State of Delaware and the federal laws of the United States. This agreement and will be binding on and inure to the benefit of the parties hereto and their successors and permitted assigns.

05-16-2003  05:25pm  From-SIMPSON THACHER 23RD FLOOR         212 455 2502         T-488  P.004  F-011
Apr-28-03 10:54am  From-BANK UNITED FSB                     3052316724           T-859  P.04/04  F-488

IN WITNESS WHEREOF, the undersigned have executed this agreement effective as of the date first above written.

BANKUNITED FINANCIAL CORPORATION

By: *Earline G. Ford, E.V.P.*

Earline G. Ford, Executive Vice President
and Treasurer

BANKUNITED, FSB

By: *Clifford A. Hope, EVP*

Clifford A. Hope, Executive Vice President
and Chief Financial Officer