

**ORDERED in the Southern District of Florida on April 22, 2011.**

Laurel M. Isicoff, Judge
United States Bankruptcy Court

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

| | |
|---|---|
| In re:<br><br>BANKUNITED FINANCIAL CORPORATION, *et al.*,<br><br>    Debtors.<br>_____/ | Case No. 09-19940-LMI<br><br>Chapter 11<br><br>Jointly Administered |
| BANKUNITED FINANCIAL CORPORATION, BANKUNITED FINANCIAL SERVICES, INC., CRE AMERICA CORPORATION, and BU REALTY CORPORATION,<br><br>    Plaintiffs,<br><br>v.<br><br>FEDERAL DEPOSIT INSURANCE CORPORATION, in its capacity as Receiver of BankUnited, FSB,<br><br>    Defendant.<br>_____/ | Adv. No. 10-02872-LMI |

DM_US 28121344-1.084080.0013

**ORDER DENYING MOTION OF THE FEDERAL DEPOSIT INSURANCE CORPORATION TO RECONSIDER, AMEND OR MODIFY PURSUANT TO FED. R. CIV. P. 59(e), 60(b) AND SECTION 105(a) OF THE BANKRUPTCY CODE THE <u>ORDER OF REFERRAL TO MEDIATION</u>**

Upon consideration of the Motion of the Federal Deposit Insurance Corporation to Reconsider, Amend or Modify Pursuant to Fed. R. Civ. P. 59(e), 60(b) and Section 105(a) of the Bankruptcy Code the Order of Referral to Mediation, dated April 13, 2011 [Docket No. 122] (the "Motion"); and upon consideration of the Official Committee of Unsecured Creditors' Corrected Objection to Motion of the Federal Deposit Insurance Corporation to Reconsider, Amend or Modify Pursuant to Fed. R. Civ. P. 59(e), 60(b) and Section 105(a) of the Bankruptcy Code the Order of Referral to Mediation, dated April 15, 2011 [Docket No. 125] (the "Objection"); and upon consideration of the Plaintiffs' Limited Response to Motion of the Federal Deposit Insurance Corporation to Reconsider, Amend or Modify Pursuant to Fed. R. Civ. P. 59(e), 60(b) and Section 105(a) of the Bankruptcy Code the Order of Referral to Mediation, dated April 18, 2011 [Docket No. 127] (the "Limited Response"); the Court having read and considered the Motion, the Objection and the Limited Response and having heard the arguments and representations of counsel at the hearing held on April 20, 2011 (the "Hearing"), it is hereby

**ORDERED** that, for the reasons stated on the record at the Hearing, the Motion is DENIED.

###

Submitted by:

McDERMOTT WILL & EMERY LLP

By: ___*s/ Steven E. Siff*___
      Steven E. Siff, (Fla. Bar # 352330
      *ssiff@mwe.com*
      201 S. Biscayne Blvd., Suite 2200
      Miami, FL 33131-4336
      Tel: 305.358.3500 / Fax: 305.347.6500
        - and -
      Geoffrey T. Raicht (*pro hac vice*)
      *graicht@mwe.com*
      340 Madison Avenue
      New York, New York 10173-1922
      Tel: 212.547.5400 / Fax: 212.547.5444

*Counsel for the Federal Deposit Insurance Corporation*